IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

CARLENE F. POIST , et al.          :

    Plaintiffs                              :

                          CASE NO.    1:12-CV-00818-WDQ

vs.                                               :

PFIZER, INC., et al.

                          :

    Defendants

---

## **LINE**

TO THE CLERK OF THE COURT:

Kindly correct the name of the parties as follows:

1. From Pfizer, Inc. to Pfizer Inc.

2. From Wyeth Pharmaceuticals, Inc. to Wyeth Pharmaceuticals Inc.

                        Respectfully Submitted,

                        s/ Daniel K. Miller

                        Daniel K. Miller (Fed. Bar No. 06458)
                        dkmiller@lawpga.com
                        LAW OFFICES OF PETER G. ANGELOS, P.C.
                        One Charles Center - 22nd Floor
                        100 North Charles Street
                        Baltimore, MD  21201
                        (410) 649-2000 telephone
                        (410) 649-2101 fax

                        *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this <u>3rd</u> day of April, 2012, a copy of the foregoing LINE was served electronically to:

Barry C. Goldstein
Saamia H. Dasti
Waranch & Brown, LLC
1301 York Road, Suite 300
Lutherville, MD 21093
*Counsel for Defendant Schwarz Pharma, Inc.*
*N/K/A UCB Inc.*

Jeffrey J. Hines
Charles P. Goodell
Deborah C. Parraz
Goodell, Devries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
*Counsel for defendants Pfizer Inc.,*
*Wyeth LLC, Wyeth Pharmaceuticals Inc.,*
*And Wyeth Holdings Corporation*

s/ Daniel K. Miller

Daniel K. Miller
